JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE GILBERT, etc., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES; et al.,<br><br>Defendants. | Case No. 2:19-cv-08599-MWF(RAOx)<br><br>Honorable Michael W. Fitzgerald<br><br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>[FED. R. CIV. P. 41(a)(1)(A)(ii)] |

Per to the stipulation by and between Plaintiffs LESLIE GILBERT, individually and as successor in interest to SCOTT THOMAS GILBERT, Decedent, and GREG GILBERT and Defendants COUNTY OF LOS ANGELES (LOS ANGELES COUNTY SHERIFF'S DEPARTMENT and DEPARTEMENT OF MENTAL HEALTH), DR. TIMOTHY BELAVICH, ALAN G. SUYEHARA, RAUL L. HERNANDEZ, ESMERALDA LOMELI, and TRIESTE TURNER:

///

///

///

1  IT IS HEREBY ORDERED that the above-captioned action be and hereby
2 is DISMISSED, with prejudice, in its entirety pursuant to Federal Rules of Civil
3 Procedure, Rule 41(a)(1)(A)(ii).

5  IT IS SO ORDERED.

7 Dated:  November 25, 2025

  _____
  MICHAEL W. FITZGERALD
  United States District Judge